No. 58645.—Gray Associates *v.* United States, protest 229078–K (New York).

Opinion by JOHNSON, J. The protest was filed by an attorney, purportedly acting for and on behalf of the plaintiff, but, according to the collector's memorandum, no power of attorney was on file authorizing him to act. Since no one appeared and established authority to act, the protest was dismissed.

DECEMBER 20, 1954

No. 58646.—Louis Greenberg & Son, Inc. *v.* United States, protest 205147–K.——Abstract 58482. Plaintiff's application for rehearing granted.